| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | JOYCE E. HEE<br>Supervising Deputy Attorney General |
| 3 | KAREN W. YIU<br>Deputy Attorney General |
| 4 | State Bar No. 230710 |
| | 455 Golden Gate Avenue, Suite 11000 |
| 5 | San Francisco, CA  94102-7004 |
| | Telephone:  (415) 703-5385 |
| 6 | Fax:  (415) 703-5480 |
| | E-mail:  Karen.Yiu@doj.ca.gov |
| 7 | *Attorneys for Defendants Employment Development Department and* |
| 8 | *Franchise Tax Board* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:11-cv-04369-TEH |
| Plaintiff, | **STIPULATION FOR RESCHEDULING OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER** |
| v. | |
| **RIO GROWER, INC., GUADALUPE SALAZAR, JENNIFER DOMINQUEZ, JOSE ANTONIO SALAZAR, ET AL.,** | |
| Defendants. | Action Filed:  September 1, 2011 |

Plaintiff United States of America and Defendants Rio Grower, Inc., Guadalupe Salazar, Jennifer Dominquez, Jose Antonio Salazar, Employment Development Department ("EDD"), and Franchise Tax Board ("FTB"), through their respective counsel, stipulate and agree that the case management conference, currently scheduled for December 19, 2011 at 1:30 p.m. in Courtroom 12 will be rescheduled to January 9, 2012 at 1:30 p.m. in Courtroom 12.  The reason for the rescheduling is that Karen W. Yiu, counsel for EDD and FTB, will be unavailable on December 19, 2011.

//

| | | |
|---|---|---|
| 1 | Dated: November 23, 2011 | MELINDA HAAG<br>United States Attorney |
| 2 | | |
| 3 | | /s/ Cynthia Stier |
| 4 | | CYNTHIA STIER<br>Assistant United States Attorney<br>*Attorneys for Plaintiff United States of* |
| 5 | | *America* |
| 6 | | |
| 7 | Dated: November 23, 2011 | /s/ David M. Kirsch |
| 8 | | DAVID M. KIRSCH<br>*Attorneys for Defendants Rio Grower, Inc.,*<br>*Guadalupe Salazar, Jennifer Dominquez,* |
| 9 | | *and Jose Antonio Salazar* |
| 10 | | |
| 11 | Dated: November 23, 2011 | KAMALA D. HARRIS<br>Attorney General of California<br>JOYCE E. HEE |
| 12 | | Supervising Deputy Attorney General |
| 13 | | /s/ Karen W. Yiu |
| 14 | | KAREN W. YIU<br>Deputy Attorney General |
| 15 | | *Attorneys for Defendants Employment*<br>*Development Department and* |
| 16 | | *Franchise Tax Board* |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/28/2011

_____
HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

*[Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson]*

OK2011900497
20561649.doc