```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2  THOMAS MOORE (ALBN 4305-O78T)
    Assistant United States Attorney
 3  Chief, Tax Division
    CYNTHIA STIER (DCBN 423256)
 4  Assistant United States Attorney
     11th Floor Federal Building
 5   450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
 6   Telephone:   (415) 436-7000
     Fax:         (415) 436-7009
 7
    Attorneys for United States of America
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. cv 11-4369-TEH |
| v. | ) | STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER |
| RIO GROWER, INC., et al., | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED by and between the Plaintiff, United States of America, and Defendants, Guadalupe Salazar, Jennifer Dominguez, Jose Antonio Salazar, State of California Franchise Tax Board, State of California Employment Development Department, State of California Department of Industrial Relations, Trust Company of America and M. Lewis, Inc., as reflected by the signatures of their respective counsel as set forth below:

  1.     The United States filed this action seeking a judgment against Rio Growers and Guadalupe Salazar for federal taxes and to foreclose its tax lien and judgment lien against real property nominally titled in the names of Jennifer Dominquez and Jose Antonia Salazar.

  2.     The United States named the remaining defendants, State of California Franchise Tax Board , State of California Employment Development Department, State of California

US v. Rio Growers, et al.,
Case No. 11-4369-TEH
Stip. Of Dismissal and [proposed]
Order

1 | Department of Industrial Relations, Trust Company of America and M. Lewis, Inc., as
2 | defendants as they had encumbrances against the real property at issue in the foreclosure action.

3. The Internal Revenue Service has fully collected the tax liability at issue in this lawsuit by administrative levy.

4. That this action be dismissed without prejudice pursuant to Rule 41(a)(2) with leave to reinstate this case on or before October 30, 2013.

MELINDA HAAG
United States Attorney

/s/ Cynthia Stier
CYNTHIA STIER
Assistant U.S. Attorney
Attorneys for the United States of America

/s/ David Kirsch
DAVID KIRSCH
Attorney for Jennifer Dominquez,
Guadalupe Salazar and Jose Salazar

/s/ Karen Yiu
KAREN YIU
State of California Franchise Tax Board, and EDD

/s/ Sally Williams
SALLY WILLIAMS
Attorney for M. Lewis, Inc.

### ORDER

Upon the stipulation of the parties, this action is dismissed without prejudice pursuant to Rule 41(a)(2) with leave to reinstate this case on or before October 30, 2013.

**ORDERED** this 11th day of April, 2013, at San Francisco, California.

_____
THELTON E. HENDERSON
United States District Judge

Gray v. US
Case No. CV 11-0680 SC
Stip. Of Dismissal and [proposed]

2